E-FILED
Monday, 31 July, 2017  09:21:42 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| BRENDA L. DAMM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:16-cv-03305-RM-TSH ) ) Honorable Judge Richard Mills ) |
| WOODS & BATES. | ) Magistrate Judge Tom Schanzle-Haskins ) |
| Defendant, | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: July 31, 2017                                                     Respectfully Submitted,

/s/ Amir R. Tahmassebi                                          /s/ Daniel M. Spector
Amir R. Tahmassebi, ARDC#6287787              Daniel M. Spector, ARDC#6310224
Counsel for Defendant                                          Counsel for Plaintiff
Konicek & Dillon, P.C.                                           Consumer Law Partners, LLC
21 W. State Street                                                  435 N. Michigan Avenue
Geneva, IL 60134                                                    Suite 1609
Phone: (630) 262-9655                                           Chicago, IL 60611
Fax: (630) 262-9659                                                Phone: (267) 422-1000
Email: amir@konicekdillonlaw.com                  Fax: (267) 422-2000

**CERTIFICATE OF SERVICE**

  I, Daniel M. Spector, an attorney, certify that on July 31, 2017, I caused the foregoing **Agreed Stipulation of Dismissal with Prejudice** to be served upon the Defendant, Woods & Bates, via the Court's electronic notification system, CM/ECF.

            /s/ Daniel M. Spector
            Daniel M. Spector, Esq. #6310224
            Counsel for Plaintiff
            Admitted in the Central District of Illinois
            Consumer Law Partners, LLC
            435 N. Michigan Ave., Suite 1609
            Chicago, Illinois 60611
            (267) 422-1000 (phone)
            (267) 422-2000 (fax)